```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE E. RITCHOTTE, | ) | 1:04-cv-06748 SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for defendant to respond to plaintiff's Opening Brief be extended from July 5, 2005 to August 4, 2005.

//

//

//

//

//

//

//

1

This is the defendant's first request for an extension of time to file a response to plaintiff's Opening Brief.  The Social Security Administration needs the additional time to further review the file and prepare a response in this matter.

                              Respectfully submitted,

Dated: June 29, 2005        /s/ Manuel D. Serpa
                              (As authorized via facsimile)
                              MANUEL D. SERPA
                              Attorney for Plaintiff

Dated: June 29, 2005        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: 6/30/2005

                              /s/ Sandra M. Snyder
                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge